In re Estate of Minnie Feldman, Deceased.
Gertrude Van Zele, Executrix of Will of Leon Van Zele, Deceased, Appellant, v. Jay J. Smaltz, Executor of Will of Minnie E. Feldman, Deceased, Appellee.

**Gen. No. 9,882.**

opinion filed February 8, 1945; released for publication February 26, 1945. Joseph L. Shaw and John H. Armstrong, for appellant; J. J. Ludens and John A. Fletcher, for appellee. Opinion by PRESIDING JUSTICE DOVE. Not to be published in full.